**ORIGINAL**

MICHAEL JAY GREEN   4451
345 Queen Street
Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347

Attorney for Defendant
MARTIN JONES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 22 2005

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-0362 DAE |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | DEFENDANT'S NOTICE OF |
| MARTIN JONES, ) | APPEAL; CERTIFICATE OF |
| ) | SERVICE |
| Defendant. ) | |

### DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given pursuant to Federal Rule of Appellate Procedure 4(b) that defendant Martin Jones, through undersigned counsel, hereby files an appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment entered against him and the sentence imposed on him in this criminal case.

DATED: Honolulu, Hawaii, December 21, 2005.

                                      MICHAEL JAY GREEN
                                      Attorney for Defendant
                                      MARTIN JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-0362 DAE |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN JONES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served by HAND DELIVERY to the following on the date herein indicated:

BEVERLY SAMESHIMA, ESQ.
Office of the United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96850
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, December 21, 2005.

MICHAEL JAY GREEN
Attorney for Defendant
MARTIN JONES

-3-