# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

Receipt   **233647**

Trans   137936

Received From:   **MICHAEL GREEN**
Case Number:
Reference Number:   **CR 02-362**

| | | |
|---|---|---|
| Check | | **255.00** |
| Total | | **255.00** |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 255.00 |
| | | **Total** | **255.00** |
| | | Tend | 255.00 |
| | | Due | 0.00 |

01/30/2006 03:51:12 PM   Deputy Clerk: et/DT