IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

**ORIGINAL**

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 06-10060   U.S. District Court Case No. CR-02-00362-DAE

Short Case Title USA v. JONES

Date Notice of Appeal Filed by Clerk of District Court December 22, 200_

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 21 2006
at 6 o'clock and 27 min. _M
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| See Attached | | Pre-Trial Proceedings |
| See Attached | | Other (please specify) |

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(✓) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered 2/21/06    Estimated date for completion of transcript _____

Print Name of Attorney MICHAEL JAY GREEN   Phone Number 808-521-3336

Signature of Attorney _____

Address 345 Queen St, 2d Floor, Hoo, HI 96813

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____   Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia _____   BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK

TRANSCRIPT DESIGNATION AND ORDERING FORM

| HEARING DATE | COURT REPORTER | PROCEEDING | DATE TRANSCRIPT FILED |
|---|---|---|---|
| 11/25/02 | Bernie Biacan C6 ESR TAPE 1312 | Motion to Withdraw Not Guilty Plea and to Plead Anew (Docket No. 53) | 12/6/02* |
| 8/11/05 | Stephen Platt | Motion for Order to Compel the Government to File a Motion for a Sentence Below the Statutory Minimum and For a Downward Departure (Docket No. 149) | |
| 11/29/05 | Debra Chun | Sentencing (Docket No. 156, 158) | |
| 12/7/05 | Cynthia Fazio | Sentencing (Docket No. 159) | |

\* Counsel designates and orders a complete copy of the above Proceeding