

UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

SEP 18 2006

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MARTIN JONES,<br><br>Defendant - Appellant. | No. 06-10060<br><br>D.C. No. CR-02-00362-DAE<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 1 2006

at __ o'clock and ___ min. __ M
SUE BEITIA, CLERK

Appellant's renewed motion for voluntary dismissal of this appeal is

granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the

mandate.

For the Court

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

SEP 18 2006

by: _____
Deputy Clerk

Nanette Won
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\09.06\nw\06-10060v.wpd

MOATT   CLOSED

INTERNAL USE ONLY: Proceedings include all events.
06-10060 USA v. Jones

UNITED STATES OF AMERICA          Beverly Wee Sameshima, AUSA
        Plaintiff - Appellee     FAX 808/541-2958
                                  808/541-2850
                                  Suite 6-100
                                  [COR LD NTC aus]
                                  USH - OFFICE OF THE U.S.
                                  ATTORNEY
                                  PJKK Federal Building
                                  300 Ala Moana Blvd.
                                  P.O. Box 50183
                                  Honolulu, HI 96850


     v.

MARTIN JONES                      Lynn E. Panagakos, Atty
        Defendant - Appellant    FAX 808/566-0347
                                  808/521-3336
                                  Second Floor
                                  [COR LD NTC ret]
                                  345 Queen St.
                                  Honolulu, HI 96813